# EXHIBIT A



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

If we don't receive notice from you, we may reinstate the material to YouTube.

If you have any questions, please contact copyright@youtube.com.

Counter-Notification as follows:

Videos included in counter-notification:

- http://www.youtube.com/watch?v=gd2nntrA72A

Display name of uploader: The New Memedia

Hi Akilah, Saw your tweet so this is a formality. I know you don't appreciate satire, but my use of your work was entirely transformative (as in, my video was not a direct copy of your own) and intended for parody. Happy to get this done ASAP, but I understand if you don't want to cooperate. The law is on my side either way. Cheers Carl

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Carl Benjamin

176 Westcott Place

Swindon, Wilts SN1 5HT GB

vae-victis-4324@pages.plusgoogle.com

07566993022

Help center · Email options · Report spam

©2016 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066