UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/07/2017
```

Akilah Hughes

                                  Plaintiff(s)       **CERTIFICATE OF MAILING**

Case No.: __17 CV 6493__ (RJS)

-v-

Carl Benjamin a/k/a "Sargon of Akkad"
and "John Does" 1-10

                             Defendant(s)

I hereby certify under the penalties of perjury that on __7__ day of __September__, 20__17__, I served:

[X] One copy of the __Complaint (including Exhibit A), Summons, Civil Cover Sheet, Copyright Office Form AO-121, ECF Filing Rules and Instructions, Individual Rules and Practices of Judge Sullivan__

by __FedEX 810833269760__, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by __FedEX__, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
09/07/2017

                                                        RUBY J. KRAJICK
                                                        CLERK OF COURT

                                                        Print Name: Melizabeth Garcia
                                                        DEPUTY CLERK OF COURT

**FedEx International Air Waybill**

1. **From**
   - Date: 9/7/17
   - Sender's FedEx Account Number: 212-850-0516
   - Sender's Name: Morgan Lee LLP
   - Company: ML
   - Address: 1745 Broadway, 17th Floor
   - City: New York
   - State: NY
   - ZIP: 10106
   - Country: USA
   - Email: Mlee@morganlee.com

   Internal Billing Reference: (illegible)

2. **To**
   - Recipient's Name: Carl Schurman
   - Address: 176 Westcott Place
   - City: Swindon
   - Country: UK
   - ZIP: SN1 5HT

3. **Shipment Information**
   - Commodity Description: Legal Documents

4. **Express Package Service**: FedEx Intl. Priority

5. **Packaging**: FedEx Envelope

6. **Special Handling and Delivery Signature Options**

7. **Payment** — Bill transportation charges to: Sender
   - FedEx Acct. No.: 3797 630457 32004
   - Credit Card Exp. Date: 06/22

8. **Required Signature**: [signature]

FedEx Tracking Number: 8108 3326 9760
Form ID No.: 0402

Package Label: 8108 3326 9760
Commercial Invoice Label: 8108 3326 9760
Delivery Record Label: 8108 3326 9760
Delivery Reattempt Label: 8108 3326 9760