Michael Lee
Morrison & Lee LLP
1745 Broadway
17th Floor
New York, NY 10106
Telephone: (212) 858-9596
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AKILAH HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>CARL BENJAMIN a/k/a "SARGON OF AKKAD"; and "JOHN DOES" 1-10,<br><br>Defendants. | CASE NO.  17-cv-6493 (RJS)<br><br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:   RUBY KRAJICK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please note the default of defendant Carl Benjamin, pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from

the court file herein and from the attached affirmation of Michael Lee.


Dated: October 4, 2017                    By: _____
                                                          Michael Lee
                                                          Morrison & Lee LLP
                                                          1745 Broadway
                                                          17th Floor
                                                          New York, NY 10106
                                                          Telephone: (212) 858-9596
                                                          mlee@morrisonlee.com