UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AKILAH HUGHES

                    **Plaintiff(s),**

- against -

CARL BENJAMIN a/k/a "SARGON OF AKKAD"; and "JOHN DOES" 1-10,

                    **Defendant(s),**

-------------------------------------------------------------X

    17  **Civ.**  6493  **(**RJS**)**

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 25, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Carl Benjamin a/k/a "Sargon of Akkad" by personally serving Carl Benjamin via Federal Express, pursuant to Fed. R. Civ. P. 4(f)2(c)(ii), and proof of service was therefore filed on September 8, 2017, **Doc. #(s)** 7.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

                , 20___

                                                        **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                                                     **By:** _____
                                                              **Deputy Clerk**