UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/17
```

AKILAH HUGHES

                Plaintiff(s),

      - against -

CARL BENJAMIN a/k/a "SARGON OF
AKKAD"; and "JOHN DOES" 1-10,

                Defendant(s),

-------------------------------------------------------------X

     17  Civ.  6493  (RJS)

**CLERK'S CERTIFICATE
OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on _August 25, 2017_ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _Carl Benjamin a/k/a "Sargon of Akkad"_ by personally serving Carl Benjamin via Federal Express, pursuant to Fed. R. Civ. P. 4(f)2(c)(ii) _(Clerk's Certificate of mailing)_ and proof of service was therefore filed on _September 8, 2017_, Doc. #(s) _7_.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

     October 11, 2017

                                            RUBY J. KRAJICK
                                            Clerk of Court

                                By: _Kmango_
                                           Deputy Clerk