Michael Lee (WL 6353)
Morrison & Lee LLP
1745 Broadway
17th Floor
New York, NY 10106
Telephone: (212) 858-9596
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AKILAH HUGHES,<br><br>                          Plaintiff,<br>v.<br><br>CARL BENJAMIN a/k/a "SARGON OF AKKAD"; and "JOHN DOES" 1-10,<br><br>                        Defendants. | CASE NO.    17-cv-06493 (RJS)<br><br>**DECLARATION OF AKILAH HUGHES IN SUPPORT OF PLAINTIFF'S LETTER MOTION FOR SERVICE OF PROCESS VIA EMAIL** |

       AKILAH HUGHES, hereby affirms and states under penalty of perjury as prescribed by 28 U.S.C. § 1746:

       1.     I am the named plaintiff in this matter and submit this declaration in support on Plaintiff's Letter Motion For Service of Process Via Email.

       2.     I have personal knowledge of the facts stated herein and if called upon to testify to those facts I could and would competently do so.

       3.     On November 19, 2016, I received an email from Defendant Carl Benjamin ("Defendant") at the email address intotheaether@hotmail.co.uk (the "November Email"). The November Email is attached hereto and incorporated herein by reference.

       4.     I am certain that this is Defendant's email address since the November Email because, among other reasons, it was signed "Carl," it specifically referenced the events that gave rise to the instant action, and it concerns the Defendant.

WHEREFORE, it is respectfully requested that Plaintiff's motion be granted.

Date: <u>December 5, 2017</u>　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Akilah Hughes

# Exhibit A

From: **Carl Benjamin** <intotheaether@hotmail.co.uk>
Date: Sat, Nov 19, 2016 at 1:19 PM
Subject: Your copyright strike against me
To: ████████████████████████

Hi Akilah,

Is there any reason you've leveled a false copyright strike against me? Do you understand that under fair use I can use copyrighted work in a transformative manner for parody or satire?

I'll naturally be contesting your claim, and I will win (I've been through this process with YouTube many times now) so I am sending you this email as a polite way of seeing if we can't discuss the issue.

Cheers

Carl