**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AKILAH HUGHES,<br><br>          Plaintiff,<br><br>          v.<br><br>CARL BENJAMIN and<br>"JOHN DOES" 1-10,<br><br>          Defendants. | No. 17 CV 6493<br><br>ECF CASE |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of defendant Carl Benjamin, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in this action be served upon the undersigned attorney, who is duly admitted to practice before this Court.

Dated: New York, New York
       December 7, 2017

                                        /s/ Wesley M. Mullen
                                        Wesley M. Mullen (WM1212)
                                        MULLEN P.C.
                                        200 Park Avenue, Suite 1700
                                        New York, NY 10166
                                        (646) 632-3718
                                        wmullen@mullenpc.com