UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED. 12/20/17

AKILAH HUGHES,

                Plaintiff,

-v-

CARL BENJAMIN a/k/a Sargon of Akkad *et al.*,

                Defendants.

No. 17-cv-6493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled matter has been assigned to my docket. On December 20, 2017, Plaintiff filed an executed waiver of service form, establishing a date to respond to the complaint of February 13, 2018. (Doc. No. 17). Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for an initial conference on Friday, March 9, 2018 at 9:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED THAT, by March 1, 2018, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses thereto;

(2)    A brief explanation of why jurisdiction and venue lie in this Court;

(3)    A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by March 1, 2018, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

The Clerk of Court is respectfully directed to terminate the motion pending at docket number 12.

SO ORDERED.

Dated: December 20, 2017
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE