UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| AKILAH HUGHES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CARL BENJAMIN a/k/a "SARGON OF AKKAD"; and "JOHN DOES" 1-10,<br><br>　　　　　　　Defendants. | Civil Action No. <u>17-cv-6493</u> (RJS) |

_____

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned attorney, a member of this Court in good standing, respectfully enters her appearance as counsel for the plaintiff Akilah Hughes in the above-referenced action, and respectfully requests that all pleadings, notices, filings, correspondence and other papers relating to this action be served upon the undersigned.

Dated: New York, New York
　　　　February 1, 2018

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Kristin Grant (KG0303)
　　　　　　　　　　　　　　　　　　　　　　　GRANT ATTORNEYS AT LAW PLLC
　　　　　　　　　　　　　　　　　　　　　　　211 East 43rd Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　　T: 212-520-7881
　　　　　　　　　　　　　　　　　　　　　　　F: 212-520-7883
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*