UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKILAH HUGHES,

                  Plaintiff,

-v-

CARL BENJAMIN a/k/a Sargon of Akkad *et al.*,

                  Defendants.



No. 17-cv-6493 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Due to a conflict on the Court's calendar, the pre-motion conference previously scheduled for Friday, March 9, 2018 at 9:30 a.m. is adjourned to 11:30 a.m. that same day. The Court regrets any inconvenience to the parties caused by this adjournment.

SO ORDERED.

Dated:    March 1, 2018
              New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE