EXHIBIT B

TRANSCRIPT OF PLAINTIFF'S VIDEO:
"WE THOUGHT SHE WOULD WIN"

PLAINTIFF:    Hi YouTube, it's Akilah, obviously, and we are at the Javits Center in midtown Manhattan.  It's where Hillary Clinton is having her, like, speech, party, whatever.  There is a block party outside. We are here with the press, although it was very difficult to get these [holding up press pass] it's its own story.  But we will show you what we can of the evening, I'm just personally like really excited because to be, like, a woman in the year 2016 after having, like, a black president for 8 years and now we have Hillary who could potentially be our next president, you know, and here's hoping.  Uh, I just I think nothing is more exciting than this. It's crazy.  The polls are coming in, so we'll see … we'll see what happens.

So Tuesday, we were at the Javits Center, uh, for Hillary Clinton's supposed victory party.  We, no one thought she wasn't going to win, so it started out as a very exciting evening and like full of hope that we would be like in a historic moment under a glass ceiling, like, getting to be in the room where it's happening with Hillary.  And, honestly, it started at like this high and then just like crept down, until forever.

I mean, I think it was probably around like 10:30 that everybody realized that something was up and that something was clearly wrong.

It's very quiet. We're going to be here until 1 in the morning. With no booze.

Went outside to the block party and people were still excited when we got to see them. [Music.] I've been in press rooms, like I worked for Fusion, I do journals and stuff … I've been in those situations and usually the mood is I mean I try and keep it pretty even-keeled because you're covering a news story, it's not like you're rooting for your candidate, but like people were expecting history, right? And like positive history. And like the heat just stopped, they just turned the heat off to get us to leave maybe. It was just freezing after a certain point. And just people looking at each other in disbelief: "Wow, like, we're really going to lose to like a guy who says that Mexicans are rapists and like says he should grab women by the pussy," and like it's fine.

Donald Trump was in Home Alone and he was not that helpful. We can't have him. If he can't handle a lobby, he can't handle … . I can't, I'm just like beside myself.

We spoke to this woman, she's from New Zealand. She was from an outlet that was covering it and she was like, shocked. Like, she was like how … like we're not even from here … how … did you all even expect this? Of course I was like no … hell no. Of course we assumed the American people would choose the person most qualified because we believed it was a meritocracy.

But, as, you know, the argument against affirmative action – clearly nepotism clearly is a problem because someone with no experience, like the least experience in the history of all presidents, just got elected.  Um, so, yeah, basically we left before it was called because we knew per a press release that the Javits Center that it was closing at 2 a.m.  Like, they told us that.  So at 1:30 when she wasn't there yet we and it hadn't been called, we knew she was not coming. There was no way she was going to make it in time across town

    We are still at the Javits Center.  It's like nearly 1:40 in the morning.  I'm sure by now the time you see this that nothing was called at that point … and the Javits Center was supposed to be closing at two.  I mean Hillary is not on site.  There's, I don't think we're going to find out anything tonight, so we are leaving … I guess I'll give my thoughts at a later date?  I don't even know.  It's been a very disappointing evening.  I mean regardless of what happens.  America clearly has a lot of problems and the uh, I, the recession that is about to hit is going to be terrible … so … batten down the hatches.

    So, we left and like all of New York was quiet.  Because we didn't vote for Donald Trump.  We went to a diner and we found out there.  We were starving the whole night too, I should probably say.

Yeahhhhhhh. [Eating.] We're starving. Finally, I'm going ham and cheese … on some crackers. America.

It's just been hellish since then. Like, I feel like I live in a country that I … it's not that I don't recognize it, it's that I … I had hoped that it had changed … and it didn't. Like, the country is what it is. The racism we're seeing all over the place is what it is. The hate crimes are happening. Just because you have progress doesn't mean that those things are not buried underneath the surface … and I think if anything the past year of campaigning in this hellish election that felt like it was never going to end proved that, like, there are plenty of people whose best interest is to keep everybody divided and to keep them hating people who don't look like them, and to give them a scapegoat.

And so I mean I haven't slept more than four hours … and when I do I wake up gasping for air because I'm like "Oh, like these are all the signs of something bad to come." And there's there's nothing we can … like, every branch of government is stacked now to give Donald Trump unlimited power … and it's, honestly, disgusting to me. I haven't really been eating that much. I had my first like full meal tonight and, like, my body is literally rejecting it as I'm filming I'm just like "bluh." Uh. I'm trying to be hopeful and I think that's all you can do in these situations. Like, I think that we lost, and good lost,

17 CV 6493 (RJS)
Transcript of Plaintiff's Video
4

and hope lost, but it's a battle not the whole war.  Um.  And so, you know going forward you have to question people about the things that they say.  You have to correct people when they're sharing false information on Facebook.  Like, you have to stand up to your family members who are being racist, sexist, homophobic, uh xenophobic.  Like, we can't live in a society where there are two Americas and there is one where people are educated who are afraid to talk to their bigoted relatives … because black women got in formation.  We voted for Hillary.  So like the onus is on everybody now to like actually step up.  Like, I don't want to hear "I'm scared to talk to my family because they're my family."  No … I get that … but you can't wait until people are burning or hanging from trees or being killed to say something.

   And I think that, like, now more than ever we need to come together and say, you know, how much are we going to take?  I know I'm not taking anymore.  If you read my Twitter, I clearly am done with the niceties.  And I don't think it requires that we are mean, but I think that we have to be firm and we have to stand our ground and we have to say you know "I will not accept my neighbor being treated poorly."  And, so, you know, 2016 is the doodoo-est year in the history of my entire life. And I don't even have hope for 2017.

Honestly, I'm like … I was telling Tim. I'm twenty-seven … like, if he gets eight years, I'm going to be thirty-five.  If healthcare gets taken away, I might not have children.  Like, I can't have kids without healthcare and I have a preexisting condition with, like, being sick, so like I … the problems and the fears are very real.  They're, they very much affect my life and my life plan … and so … I … what I'm hopeful for is that people are better than this election.

And I think, you know, that Hillary Clinton winning the popular vote by I think like record numbers proves that in general if democracy was true democracy, Hillary Clinton would be president.  We have an electoral college, that is stupid, whatever … that's a whole other video.  But I am hopeful that those people who voted and who came out and the people who also like regret their votes, because there are a lot of them … uh, you know, can say "We made a mistake and we are going to do everything in our power to make sure that the future is better for everyone."

So, [exhaling] … all I can say is:  good luck to everybody. You know, I think YouTube is a place that really gave people who are hopeful a lot to think about … and it gave them careers … and we saw so much diversity of kinds of people, of people of different places.  It's interesting that we, YouTube, had this

ascent during Obama's presidency, it's interesting to see how, how people continue through Donald Trump's.

So … you know … uh … I think what's helpful for me is that I live in New York.  I'm surrounded by like-minded people. People here are disgusted and we're not going to take it.  And if you are trapped in a place where people think that this a great decision, we're all here for you. Please escape, come to New York.  [Exhaling.]

I wish this were more uplifting.  I honestly like don't know how to be like funny or like loving … it's a bad time. It's a bad time … so, them's the breaks.  How am I doing? Awful.  I'll see you in another video … at some point … when I can, like, process everything. [Making peace sign.]