EXHIBIT C

```
DECLARATION OF WESLEY MULLEN – APRIL 20, 2018

               EXHIBIT C

AUDIOVISUAL FILE SUBMITTED ON PHYSICAL MEDIA (DVD)
```

```
                                       17 CV 6493 (RJS)
                                        Critical Video
```