EXHIBIT D

TRANSCRIPT OF CRITICAL VIDEO:
"SJW LEVELS OF AWARENESS"

PLAINTIFF:     Hi YouTube, it's Akilah, obviously, and we are at the Javits Center in midtown Manhattan.  It's where Hillary Clinton is having her, like, speech, party, whatever.  There is a block party outside. We are here with the press, although it was very difficult to get these [holding up press pass] it's its own story.  But we will show you what we can of the evening, I'm just personally like really excited because to be, like, a woman in the year 2016 after having, like, a black president for 8 years and now we have Hillary who could potentially be our next president, you know, and here's hoping.

…

     It started out as a very exciting evening and like full of hope that we would be like in a historic moment under a glass ceiling, like, getting to be in the room where it's happening with Hillary.  And, honestly, it started at like this high and then just like crept down, until forever.

…

     There are plenty of people whose best interest is to keep everybody divided and to keep them hating people who don't look like them, and to give them a scapegoat.

…

You have to question people about the things that they say. You have to correct people when they're sharing false information on Facebook. Like, you have to stand up to your family members who are being racist, sexist, homophobic, uh xenophobic. Like, we can't live in a society where there are two Americas and there is one where people are educated who are afraid to talk to their bigoted relatives … because black women got in formation. We voted for Hillary. So like the onus is on everybody now to like actually step up. Like, I don't want to hear "I'm scared to talk to my family because they're my family." No … I get that … but you can't wait until people are burning or hanging from trees or being killed to say something.

…

And, so, you know, 2016 is the doodoo-est year in the history of my entire life. And I don't even have hope for 2017.

…

You know … uh … I think what's helpful for me is that I live in New York. I'm surrounded by like-minded people. People here are disgusted and we're not going to take it.