EXHIBIT E



Wesley Mullen <wmullen@mullenpc.com>

---

## Hughes v. Benjamin - Videos
8 messages

---

**Wesley Mullen** <wmullen@mullenpc.com>  Thu, Apr 5, 2018 at 11:34 AM
To: Kristin Grant <kgrant@grantipattorneys.com>

Ms. Grant,

I hope you had a nice holiday.

Attached are two .mp4 files of what I understand to be Plaintiff's and Defendant's videos. I downloaded your client's from YouTube using the link you provided by email. My client furnished his video to me, since I understand it's no longer publicly hosted on YouTube.

Please let me know if you agree that these are the videos at issue.

As Judge Sullivan suggested at our conference, my office is consulting with the ECF Helpdesk and with chambers about how, exactly, we can submit these multimedia files for consideration on the motion to dismiss.


VIDEOS.zip

Best,

Wes

--
Wesley M. Mullen
**MULLEN P.C.**
200 Park Avenue
Suite 1700
New York, NY 10166
(646) 632-3718

www.mullenpc.com

---

**Kristin Grant** <kgrant@grantipattorneys.com>  Mon, Apr 9, 2018 at 8:44 AM
To: Wesley Mullen <wmullen@mullenpc.com>

Wesley,

Thank you. I hope you had a nice holiday also.

These videos look accurate to me, however I am awaiting confirmation from my client and will confirm soon.

Do you have a minute for a call tomorrow or on Wednesday?

Best,
Kristin

[Quoted text hidden]

--
**Kristin A. Grant | Managing Attorney | www.grant.legal**
**211 East 43rd Street, 7th Floor | New York, NY 10017**
T: 212-520-7881 | F: 212-520-7883

------------------------------------------------------------------------
» LEGAL AND CONFIDENTIAL NOTICES: The information contained in this communication is intended only for the personal and confidential use of the intended recipient. If you are not the intended recipient, any review, transmission, printing, coping, use or dissemination of this e-mail may be unlawful. If you have received this communication in error please notify the sender immediately by reply email or telephone as soon as possible.

---

**Wesley Mullen** <wmullen@mullenpc.com>                    Mon, Apr 9, 2018 at 5:38 PM
To: Kristin Grant <kgrant@grantipattorneys.com>

Thank you.  Tomorrow 1130 or 5pm would work for a call.

[Quoted text hidden]

--
MULLEN PC
(646) 632-3718 | mullenpc.com
Confidential | Potentially Privileged

---

**kgrant@grantipattorneys.com** <kgrant@grantipattorneys.com>    Tue, Apr 10, 2018 at 8:25 AM
To: Wesley Mullen <wmullen@mullenpc.com>

I will give you a call today at 11:30 am.

Best,
Kristin

**Kristin Grant | www.grant.legal**
**211 East 43rd Street, 7th Floor**
**New York, NY 10017**
T: 212-520-7881
F: 212-520-7883

[Quoted text hidden]

---

**Wesley Mullen** <wmullen@mullenpc.com>                    Tue, Apr 10, 2018 at 8:44 AM
To: kgrant@grantipattorneys.com

Sounds good, talk to you then.

[Quoted text hidden]

---

**Kristin Grant** <kgrant@grantipattorneys.com>  
To: Wesley Mullen <wmullen@mullenpc.com>

Tue, Apr 10, 2018 at 11:37 AM

Wesley,

We agree that these are the videos at issue.

Best,  
Kristin

[Quoted text hidden]

---

**Wesley Mullen** <wmullen@mullenpc.com>  
To: Kristin Grant <kgrant@grantipattorneys.com>

Tue, Apr 10, 2018 at 11:39 AM

Thank you.

[Quoted text hidden]

---

**Wesley Mullen** <wmullen@mullenpc.com>  
To: Spencer Pearlman <spearlman@mullenpc.com>

Wed, Apr 11, 2018 at 10:27 AM

Videos attached.

[Quoted text hidden]