USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AKILAH HUGHES,

                  Plaintiff,

        -against-

CARL BENJAMIN a/k/a Sargon of Akkad,
John Does 1-10 inclusive,

                  Defendants.

-----------------------------------------------------------X

**17 CIVIL** 6493 (RJS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2020, Benjamin's motion to dismiss is GRANTED. Although Hughes has not requested leave to amend the Complaint, the Court notes that leave to amend would be futile. The Court's analysis above is principally based on its review of the two works at issue and the context in which they were posted, rather than any allegations that may be refined in amended pleadings. Thus, the dismissal is with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       February 3, 2020

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**