UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKILAH HUGHES,

                Plaintiff

      v.                               17 CV 6493 (RJS)

CARL BENJAMIN,
a/k/a Sargon of Akkad, *et al.*,

                Defendants.

## NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS

PLEASE TAKE NOTICE that Defendant Carl Benjamin a/k/a Sargon of Akkad hereby moves for an award of attorney's fees and "full costs" pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d). This motion is based upon the accompanying Memorandum of Law; the Declaration of Wesley M. Mullen dated February 18, 2020 and its exhibits; and all pleadings and proceedings heretofore had herein.

By this motion Defendant seeks attorney's fees in the amount of $33,419.35; plus the actual costs and fees associated with this motion, estimated at approximately $5,000.00; plus $126.54 in costs. (*See* Mem. of Law at 11-12.)

Pursuant to Rule 2.F of the Court's Individual Rules and Practices, oral argument will be on a date and time designated by the Court.

DATED:   February 18, 2020
         New York, New York

                                            MULLEN P.C.

                                            _____
                                            Wesley M. Mullen (WM1212)
                                            Mullen P.C.
                                            200 Park Avenue, Suite 1700
                                            New York, NY 10166
                                            (646) 632-3718
                                            wmullen@mullenpc.com

                                            *Counsel for Defendant*