EXHIBIT C

# MULLEN P.C.

THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

INVOICE

To: Mr. Carl Benjamin                Date:     December 4, 2017
                                     Inv. No.:  17520012

█████████

UNITED KINGDOM

███████████@███████.com

For professional services rendered            $  1282.90
Prior Balance                              -$    --.00
                              SUBTOTAL:    $  1282.90

                              **AMOUNT DUE:    $  1282.90**

Detail:    [x] Follows
           [ ] Omitted

VIA EMAIL ONLY

MULLEN P.C.

December 4, 2017
Invoice No. 17520012
Page 2 of 2

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  11/01/2017 through 11/30/2017

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES – WMM** | | |
| 11/02/2017 | Research and draft letter re defects in service, jurisdiction, merits of claim. | 0.3 | $ 135.00 |
| 11/08/2017 | Research and draft letter to M. Lee re consequences of pursuing meritless action. | 0.5 | $ 225.00 |
| 11/10/2017 | Draft, revise and send correspondence to M. Lee. | 1.0 | $ 450.00 |
| 11/19/2017 | Draft and send response to M. Lee correspondence; email correspondence with C. Benjamin re same. | 0.7 | $ 315.00 |
| 11/24/2017 | Review correspondence from M. Lee to Court; email correspondence with C. Benjamin re same. | 0.2 | $ 90.00 |
| 11/27/2017 | Email correspondence to C. Benjamin re service of process and correspondence from Plaintiff's counsel to Court; email correspondence to M. Lee requesting DMCA notice. | 0.1 | $ 45.00 |
| | ATTORNEY FEES SUBTOTAL | | $ 1260.00 |
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $ 22.10 |
| | Copy / print at cost | | $ 0.80 |
| | COSTS SUBTOTAL | | $ 22.90 |
| | **ADJUSTMENTS** | | |
| | -- | | -$ 0.00 |
| | ADJUSTMENTS SUBTOTAL | | -$ 0.00 |
| | **INVOICE TOTAL** | | **$ 1282.90** |

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

INVOICE

To: Mr. Carl Benjamin                Date:     January 3, 2018
    ████████                         Inv. No.: 17520101
    █████

    UNITED KINGDOM

    ████████████@████████.com

For professional services rendered        $  1469.10
Prior Balance                             $  1282.90
Credit (for payments rec'd)              -$  1282.90
                        SUBTOTAL:          $  1469.10

                    AMOUNT DUE:        $  1469.10

Detail:    [x] Follows
           [ ] Omitted

VIA EMAIL ONLY

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

January 3, 2018
Invoice No. 17520101
Page 2 of 2

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  12/01/2017 through 12/31/2017

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES – WMM** | | |
| 12/06/2017 | Review motion for email service; draft letter response; email correspondence with proposed course of action to C. Benjamin. | 0.7 | $ 315.00 |
| 12/07/2017 | Skype with C. Benjamin re strategy and response to motion for alternative service; finalize and file notice of appearance and letter response to Court; email correspondence with opposing counsel, Court, C. Benjamin re same. | 1.3 | $ 585.00 |
| 12/17/2017 | Review waiver request; execute waiver of service of summons; email correspondence to Plaintiff's counsel re same. | 0.3 | $ 135.00 |
| 12/22/2017 | Review initial pretrial conference order; email correspondence to C. Benjamin re service, IPTC, motion to dismiss; conference with P. Oh, S. Pearlman re research on motion to dismiss. | 0.9 | $ 405.00 |
| | ATTORNEY FEES SUBTOTAL | | $ 1440.00 |
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $ 28.50 |
| | Copy / print at cost | | $ 0.60 |
| | COSTS SUBTOTAL | | $ 29.10 |
| | **ADJUSTMENTS** | | |
| | -- | | -$ 0.00 |
| | ADJUSTMENTS SUBTOTAL | | -$ 0.00 |
| | **INVOICE TOTAL** | | **$ 1469.10** |

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

<u>INVOICE</u>

To: Mr. Carl Benjamin          Date:    February 1, 2018
                               Inv. No.:  17520102

█████████
█████████

UNITED KINGDOM

████████@██████.com


For professional services rendered      $  4285.30
Prior Balance                           $  1469.10
Credit (for payments rec'd)            -$  1469.10
                          SUBTOTAL:     $  4285.30

                      **AMOUNT DUE:     $  4285.30**


Detail:   [x] Follows
          [ ] Omitted


<u>VIA EMAIL ONLY</u>

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

February 1, 2018
Invoice No. 17520102
Page 2 of 3

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  01/01/2018 through 01/31/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES — WMM** | | |
| 01/08/2018 | Email correspondence with C. Benjamin re case update. | 0.3 | $  315.00 |
| 01/12/2018 | Draft and revise pre-motion letter; email correspondence to C. Benjamin re pre-motion submission, ███████████████, and ████████ strategy. | 0.9 | $  405.00 |
| 01/19/2018 | Draft and revise letter motion. | 0.8 | $  360.00 |
| 01/21/2018 | Draft and revise letter motion; research re fair use dismissals at pleadings stage, assertion of affirmative defenses under Rule 12, arguments in favor of fee award on motion to dismiss. | 1.5 | $  675.00 |
| 01/22/2018 | Draft and revise letter motion; research and outline proposed motion to dismiss; email correspondence with C. Benjamin. | 2.9 | $ 1305.00 |
| 01/26/2018 | Teleconference with C. Benjamin re letter motion, ███████, ████████ defense; case law research in support of foreign defendant motion to dismiss; review UK copyright act and European parody/pastiche amendment. | 0.7 | $  315.00 |
| 01/28/2018 | Draft and revise letter motion for conference; email correspondence to C. Benjamin re same. | 1.2 | $  540.00 |
| 01/29/2018 | Finalize, file and serve letter motion; email correspondence with C. Benjamin, opposing counsel. | 1.0 | $  450.00 |
| 01/31/2018 | Review short-form order granting letter motion; email correspondence with C. Benjamin, opposing counsel. | 0.2 | $   90.00 |
| | ATTORNEY FEES SUBTOTAL | | $ 4275.00 |

(cont'd)

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

February 1, 2018
Invoice No. 17520102
Page 3 of 3

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $   4.20 |
| | Copy / print at cost | | $   6.10 |
| | COSTS SUBTOTAL | | $  10.30 |
| | | | |
| | **ADJUSTMENTS** | | |
| | -- | | -$   0.00 |
| | ADJUSTMENTS SUBTOTAL | | -$   0.00 |
| | | | |
| | **INVOICE TOTAL** | | **$ 4285.30** |

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

<u>INVOICE</u>

To:  Mr. Carl Benjamin          Date:    March 1, 2018
                                Inv. No.:  17520103

███████████
███████████

UNITED KINGDOM

████████████.com


For professional services rendered        $   2528.30
Prior Balance                             $   4285.30
Credit (for payments rec'd)              -$   4285.30
                               SUBTOTAL:   $   2528.30

                          **AMOUNT DUE:    $   2528.30**


Detail:    [x] Follows
           [ ] Omitted


<u>VIA EMAIL ONLY</u>

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

March 1, 2018
Invoice No. 17520103
Page 2 of 2

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  02/01/2018 through 02/28/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES – WMM** | | |
| 02/01/2018 | Review Plaintiff's response to letter motion; internal email correspondence re same. | 0.3 | $  135.00 |
| 02/02/2018 | Review case law cited in letter; email correspondence to C. Benjamin re same; email correspondence with opposing counsel. | 0.4 | $  180.00 |
| 02/19/2018 | Review scheduling order; email correspondence with opposing counsel re joint letter and stipulation re authentic videos. | 0.3 | $  135.00 |
| 02/26/2018 | Email correspondence to C. Benjamin; work on joint pretrial submission and scheduling order. | 0.5 | $  225.00 |
| 02/27/2018 | Revise and transmit draft joint filings to opposing counsel; email correspondence to C. Benjamin re same; email correspondence with K. Grant re filings and submissions. | 1.5 | $  675.00 |
| 02/28/2018 | Revise and finalize joint submissions; email correspondence with K. Grant re same; review TVEyes decision and research in support of motion to dismiss; prepare for initial conference. | 2.6 | $ 1170.00 |
| | ATTORNEY FEES SUBTOTAL | | $ 2520.00 |
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $   5.30 |
| | Copy / print at cost | | $   3.00 |
| | COSTS SUBTOTAL | | $   8.30 |
| | **ADJUSTMENTS** | | |
| | -- | | -$   0.00 |
| | ADJUSTMENTS SUBTOTAL | | -$   0.00 |
| | **INVOICE TOTAL** | | **$ 2528.30** |

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

INVOICE

To:  Mr. Carl Benjamin          Date:     April 2, 2018
                                Inv. No.:  17520104

█████████

UNITED KINGDOM

███████████.com


For professional services rendered          $   8796.30
Prior Balance                               $   2528.30
Credit (for payments rec'd)                -$   2528.30
                              SUBTOTAL:     $   8796.30

                         AMOUNT DUE:     $   8796.30


Detail:    [x] Follows
           [ ] Omitted


VIA EMAIL ONLY


PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

April 4, 2018
Invoice No. 17520104
Page 2 of 3

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  03/01/2018 through 03/31/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES — WMM** | | |
| 03/01/2018 | Research and review TVEyes opinion; email correspondence to C. Benjamin re ▓▓▓▓▓▓▓▓▓▓. | 0.8 | $ 360.00 |
| 03/05/2018 | Review motion letters and preconference filings; prepare for conference. | 0.7 | $ 315.00 |
| 03/08/2018 | Prepare for pre-motion conference. | 1.1 | $ 495.00 |
| 03/09/2018 | Prepare for and attend conference before Sullivan, J.; email correspondence re same with C. Benjamin, K. Grant; order transcript from SDNY reporters. | 2.3 | $ 1035.00 |
| 03/12/2018 | Review transcript; email correspondence to K. Grant re same; email correspondence to C. Benjamin re same; research re cases cited by Court. | 0.6 | $ 270.00 |
| 03/19/2018 | Draft motion to dismiss. | 0.7 | $ 315.00 |
| 03/20/2018 | Draft motion to dismiss. | 2.3 | $ 1035.00 |
| | **ATTORNEY FEES — PDO** | | |
| 03/21/2018 | Review pleadings and transcripts; draft motion to dismiss; draft statement of facts; legal research regarding claims. | 7.0 | $ 2100.00 |
| 03/23/2018 | Draft motion to dismiss; legal research regarding infringement and fair use; draft legal argument and preliminary statement. | 9.5 | $ 2850.00 |
| | ATTORNEY FEES SUBTOTAL | | $ 8775.00 |

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

April 4, 2018
Invoice No. 17520104
Page 3 of 3

**COSTS**

| | | |
|---|---|---|
| PACER / Federal e-docket / CourtALERT | $ | 7.80 |
| Copy / print at cost | $ | 13.50 |
| COSTS SUBTOTAL | $ | 21.30 |

**ADJUSTMENTS**

| | | |
|---|---|---|
| -- | -$ | 0.00 |
| ADJUSTMENTS SUBTOTAL | -$ | 0.00 |

**INVOICE TOTAL   $ 8796.30**

PRIVILEGED & CONFIDENTIAL

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

INVOICE

To: Mr. Carl Benjamin          Date:     May 1, 2018
    █████████                   Inv. No.:  17520105

    UNITED KINGDOM

    █████████@██████.com


For professional services rendered      $   6321.10
Prior Balance                           $   8796.30
Credit (for payments rec'd)            -$   8796.30
                          SUBTOTAL:     $   6321.10

                        **AMOUNT DUE:   $   6321.10**


Detail:    [x] Follows
           [ ] Omitted


VIA EMAIL ONLY


PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  04/01/2018 through 04/30/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES — WMM** | | |
| 04/05/2018 | Revise motion brief; email correspondence to C. Benjamin re same; teleconference re clerk's office re e-filing of multimedia exhibits; conference with chambers re same. | 1.4 | $ 630.00 |
| 04/10/2018 | Teleconference with K. Grant re Plaintiff's demand, filing of motion record; email correspondence with C. Benjamin re settlement strategy. | 0.5 | $ 225.00 |
| 04/11/2018 | Email correspondence with K. Grant re agreement on videos; email correspondence with S. Pearlman, P. Oh re ▮▮▮▮▮▮▮ and preparation of motion support. | 0.7 | $ 315.00 |
| 04/18/2018 | Review motion drafts; email correspondence with S. Pearlman re audiovisual materials, caselaw research, citations. | 1.7 | $ 765.00 |
| 04/19/2018 | Review and revise motion to dismiss. | 2.4 | $ 1080.00 |
| 04/20/2018 | Revise, finalize and file motion to dismiss, declaration; submit hard copies and audiovisual materials to clerk of court; email correspondence with C. Benjamin re same. | 3.6 | $ 1620.00 |
| | **PROFESSIONAL FEES — SP (LAW CLERK)** | | |
| 04/11/2018 | Review and create transcripts of videos; review and bluebook Motion to Dismiss. | 5.0 | $ 500.00 |
| 04/12/2018 | Research case law pertaining to Copyright Act section 512 (DMCA). | 4.0 | $ 400.00 |
| 04/19/2018 | Cite check; work on brief. | 4.5 | $ 450.00 |
| 04/20/2018 | Create multimedia exhibits; review and finalize filing versions. | 2.3 | $ 230.00 |
| | PROFESSIONAL FEES SUBTOTAL | | $ 6215.00 |

PRIVILEGED & CONFIDENTIAL

MULLEN P.C.

May 1, 2018
Invoice No. 17520105
Page 3 of 3

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $    3.10 |
| | Copy / print at cost; multimedia production | | $  103.00 |
| | COSTS SUBTOTAL | | $  106.10 |
| | **ADJUSTMENTS** | | |
| | -- | | -$   0.00 |
| | ADJUSTMENTS SUBTOTAL | | -$   0.00 |
| | **INVOICE TOTAL** | | **$ 6321.10** |

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

INVOICE

To: Mr. Carl Benjamin            Date:     June 4, 2018
    ▉                            Inv. No.:  17520106


    UNITED KINGDOM

    ▉.com


For professional services rendered        $  5670.00
Prior Balance                             $  6321.10
Credit (for payments rec'd)              -$  6321.10
                              SUBTOTAL:    $  5670.00

                          AMOUNT DUE:      $  5670.00


Detail:    [x] Follows
           [ ] Omitted


VIA EMAIL ONLY


PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

June 4, 2018
Invoice No. 17520106
Page 2 of 3

### INVOICE DETAIL

Matter:  Hughes v. Benjamin (17520-001)
Period:  05/01/2018 through 05/31/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES — WMM** | | |
| 05/24/2018 | Review opposition brief; draft and revise reply. | 3.2 | $ 1440.00 |
| 05/25/2018 | Draft and revise reply; email correspondence to C. Benjamin. | 1.5 | $ 675.00 |
| 05/26/2018 | Draft and revise reply. | 0.9 | $ 405.00 |
| 05/27/2018 | Draft and revise reply; research re Campbell standard and progeny. | 1.3 | $ 585.00 |
| 05/28/2018 | Edit and revise reply; email correspondence and conference with S. Pearlman re final filing checklist. | 0.7 | $ 315.00 |
| 05/29/2018 | Work on reply. | 3.6 | $ 1620.00 |
| 05/30/2018 | Finalize and file reply; email correspondence to C. Benjamin. | 1.4 | $ 630.00 |
| | **PROFESSIONAL FEES — SP (LAW CLERK)** | | |
| 05/18/2018 | Conference with W. Mullen; review Reddit and Youtube coverage of case; draft overview outline of coverage points. | 1.3 | $ 130.00 |
| 05/21/2018 | Review opposition brief; outline reply; draft narrative for argument sections; pull new cases for W. Mullen (cases not cited in principal brief). | 4.5 | $ 450.00 |
| 05/22/2018 | Review outline and research re rebuttal. | 3.5 | $ 350.00 |
| 05/23/2018 | Research in support of reply brief; conferences with W. Mullen re research. | 5.5 | $ 550.00 |
| 05/24/2018 | Research, print and review documents and cases in support of reply; draft, revise and edit reply. | 6.0 | $ 600.00 |
| 05/29/2018 | Cite check and proofread reply brief; research re abridgement. | 4.2 | $ 420.00 |
| | PROFESSIONAL FEES SUBTOTAL | | $ 8170.00 |

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

June 4, 2018
Invoice No. 17520106
Page 3 of 3

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $ 3.10 |
| | Copy / print at cost | | $ 9.00 |
| | COSTS SUBTOTAL | | $ 12.10 |
| | | | |
| | **ADJUSTMENTS** | | |
| | COURTESY – No charge for law clerk time / research on reply; waive costs. | | -$2512.10 |
| | ADJUSTMENTS SUBTOTAL | | -$2512.10 |

**INVOICE TOTAL    $ 5670.00**

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

<u>INVOICE</u>

To: Mr. Carl Benjamin          Date:      July 3, 2018
                               Inv. No.:  17520107

██████████

UNITED KINGDOM

████████████@███████.com

For professional services rendered          $       0.00
Prior Balance                               $    5670.00
Credit (for payments rec'd)                -$    5670.00
                           SUBTOTAL:        $       0.00

                           **AMOUNT DUE:**  **$       0.00**

Detail:    [x] Follows
           [ ] Omitted

<u>VIA EMAIL ONLY</u>

PRIVILEGED & CONFIDENTIAL

MULLEN P.C.

July 3, 2018
Invoice No. 17520107
Page 2 of 2

### INVOICE DETAIL

Matter:  Hughes v. Benjamin (17520-001)
Period:  06/01/2018 through 06/30/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES — WMM** | | |
| | PROFESSIONAL FEES SUBTOTAL | $ | 0.00 |
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | $ | 6.30 |
| | Copy / print at cost | $ | 2.50 |
| | COSTS SUBTOTAL | $ | 8.80 |
| | **ADJUSTMENTS** | | |
| | COURTESY | -$ | 8.80 |
| | ADJUSTMENTS SUBTOTAL | -$ | 8.80 |
| | **INVOICE TOTAL** | **$** | **0.00** |

MULLEN P.C.

THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

<u>INVOICE</u>

To: Mr. Carl Benjamin            Date:     Sept. 7, 2018
                                 Inv. No.:  17520109

█████████████

UNITED KINGDOM

███████████@████████.com

For professional services rendered        $   548.60
Prior Balance                             $     0.00
Credit (for payments rec'd)              -$     0.00
                            SUBTOTAL:     $   548.60

                            **AMOUNT DUE:   $   548.60**

Detail:    [ ] Follows
           [x] Omitted

<u>VIA EMAIL ONLY</u>

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718

MULLEN P.C.

Sept. 7, 2018
Invoice No. 17520109
Page 2 of 2

**INVOICE DETAIL**

Matter:  Hughes v. Benjamin (17520-001)
Period:  06/01/2018 through 06/30/2018

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| | **ATTORNEY FEES – WMM** | | |
| 8/16/2018 | Shepardize cases cited on motion to dismiss; office conference with associates and law clerks re research on recent district court fair use decisions; memo to file re declination to file supplemental briefing on Lombardo Summary Order (2d Cir. July 6, 2018). | 1.2 | $  540.00 |
| | PROFESSIONAL FEES SUBTOTAL | | $  540.00 |
| | **COSTS** | | |
| | PACER / Federal e-docket / CourtALERT | | $    7.50 |
| | Copy / print at cost | | $    1.10 |
| | COSTS SUBTOTAL | | $    8.60 |
| | **ADJUSTMENTS** | | |
| | COURTESY | | -$   -.00 |
| | ADJUSTMENTS SUBTOTAL | | -$    0.00 |
| | **INVOICE TOTAL** | | **$  548.60** |

PRIVILEGED & CONFIDENTIAL

WMULLEN@MULLENPC.COM | (646) 632-3718



MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

# INVOICE

Invoice # 17520307
Date: 07/03/2019
Due Upon Receipt

Carl Benjamin
███████████
███████████
United Kingdom

## Hughes v. Benjamin

### Services

| Date | Attorney | Notes | Quantity | Discount | Total |
|------|----------|-------|----------|----------|-------|
| 01/09/2019 | WM | Teleconference with K. Grant re Judge Sullivan. | 0.10 | 100.0% | $0.00 |
| 01/28/2019 | WM | Email correspondence with C. Benjamin; review Louis CK video. | 0.40 | 100.0% | $0.00 |
| 05/24/2019 | JN | Conference with W. Mullen re caselaw research; review motion briefs; review case docket. | 0.40 | - | $34.00 |
| 05/24/2019 | JN | Conference with W. Mullen re Sargon case, review court documents and begin research for Fair Use statute and relevant caselaw. | 1.50 | - | $127.50 |
| 05/29/2019 | JN | Review Sargon court documents and begin drafting memo for relevant caselaw and statutes | 2.25 | - | $191.25 |
| 05/29/2019 | JN | Research decisions prior to and after May 30th, 2018, and finished memo for Sargon | 3.25 | - | $276.25 |
| 05/30/2019 | JN | Conference with W. Mullen to review and discuss memo formatting and content structuring. | 0.25 | - | $21.25 |
| 06/02/2019 | JN | Finished Sargon memo, researched and compiled relevant caselaw into memo. Read and analyzed Shirman case, making comments on it. | 3.00 | - | $255.00 |
| 06/03/2019 | WM | Review research memo on fair use cases; review case law; email correspondence and office conferences with J. Nguyen re research; draft and revise memorandum and letter to Court re supplemental authority; teleconference with chambers re procedures and individual practices post-confirmation to the Second Circuit. | 1.90 | - | $855.00 |
| 06/03/2019 | JN | Research other circuit courts of appeals decisions regarding fair use, then meet with Wes to discuss his supplemental report and how he will use the research I did. Talk about what I need to do | 1.50 | - | $127.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | for the memo. Print out additional S.D.N.Y. cases that may be helpful and discuss our plan moving forward. | | | |
| 06/04/2019 | WM | Review research; draft supplemental authority letter; email correspondence to C. Benjamin re same. | 0.80 | - | $360.00 |
| 06/04/2019 | JN | Add Wes's edits to my version of the memo and complete it, adding copies of cases to the final version as well. | 3.00 | 100.0% | $0.00 |
| 06/07/2019 | WM | Finalize and file letter re supplemental authority; email correspondence to chambers, opposing counsel re same; email to client. | 0.60 | - | $270.00 |

| | |
|---|---|
| **Line Item Discount Subtotal** | **-$480.00** |
| **Services Subtotal** | **$2,517.75** |

### Expenses

| Date | Notes | Discount | Total |
|---|---|---|---|
| 03/19/2019 | Law Clerk Time - SKP - 2.6 hours - Shepardize cases in briefing for Appellate precedents; review and summarize Seuss case for WMM. | 100.0% | $0.00 |

| | |
|---|---|
| **Line Item Discount Subtotal** | **-$260.00** |
| **Expenses Subtotal** | **$0.00** |
| **Subtotal** | **$2,517.75** |
| **Total** | **$2,517.75** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17520307 | 07/03/2019 | $2,517.75 | $0.00 | $2,517.75 |

| | |
|---|---|
| **Outstanding Balance** | **$2,517.75** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$2,517.75** |

Please make all amounts payable to: Mullen P.C.
PRIVILEGED & CONFIDENTIAL

Payment is due upon receipt.

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

# INVOICE

Invoice # 17520308
Date: 08/01/2019
Due Upon Receipt

Carl Benjamin

United Kingdom

## Hughes v. Benjamin

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 07/07/2019 | JN | Research Judge Koeltl's decision on fair use in the Andy Warhol Foundation case and send a short memo | 2.00 | $170.00 |

|  |  |
|---|---|
| **Subtotal** | **$170.00** |
| **Invoice Discount** | **$170.00** |
|  | *Courtesy* |
| **Total** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17520307 | 07/03/2019 | $2,517.75 | $0.00 | $2,517.75 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17520308 | 08/01/2019 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$2,517.75** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$2,517.75** |

Please make all amounts payable to: Mullen P.C.
PRIVILEGED & CONFIDENTIAL

Payment is due upon receipt.