EXHIBIT D

# Invoice

## SOUTHERN DISTRICT REPORTERS PC
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.: 0496033-IN
INVOICE DATE: 03/13/18

CUSTOMER NO.: 1027127
WORK ORDER NO.: 188804
SALESPERSON: CSIW

Mullen P C
200 Park Ave
The Metlife Building
Suite 1700
New York, NY 10166
Attention: Wesley M Mullen

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | AKILAH HUGHES V CARL BENJAMIN, ET AL. |
| --- | --- |
| | CASE NO.   17CV06493 |

| 3/9/2018 | Original | 19.00 Pages at | $6.66 | 126.54 |



CK. NO. VISA
DATE 3/13/18

Net Invoice: 126.54
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
Invoice Total: 126.54

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

Less Deposit: 126.54
Invoice Balance: 0.00