UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKILAH HUGHES,

                Plaintiff,

-v-

CARL BENJAMIN a/k/a Sargon of Akkad,
John Does 1–10, inclusive,

                Defendants.

No. 17-cv-6493 (RJS)
ORDER



RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a motion filed by Defendant Carl Benjamin, dated February 18, 2020, requesting attorney's fees and costs pursuant to Section 505 of the Copyright Act, 17 U.S.C. § 505. (Doc. No. 41.) Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall file a response to Defendant's motion no later than Wednesday, March 4, 2020.

SO ORDERED.

Dated:     February 19, 2020
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation