UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKILAH HUGHES,

                           Plaintiff,

  -against-                                      Civ. Action No. 17-cv-6493 (RJS)

CARL BENJAMIN,
a/k/a Sargon of Akkad, et al.,

                           Defendants.

**DECLARATION OF AKILAH HUGHES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS**

Akilah Hughes, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am the Plaintiff in this action and I submit this Declaration in support of my opposition to Defendant's motion for attorney's fees and costs.

3. Attached hereto as Exhibit A is a true and correct copy of snippets of the email exchanges between the Defendant and I after requesting YouTube's removal of the Secondary Work.

4. Attached hereto as Exhibit B is a true and correct copy of a screen print showing comments on my YouTube account from supporters of the Defendant in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2020

_____
Akilah Hughes