**EXHIBIT B**

    

SKIP NAVIGATION

1,186 Comments     SORT BY

  Add a public comment...

 **iamnoone** 1 month ago
Carl's kids are overjoyed Akilah. Sorry girl, but I donated money to Carl as I have a hard time with grifters.

👍 194   👎   REPLY

**Unlucky ihavenocash** 1 month ago
Some people own it when they're wrong, some people lie and pretend it isn't happening.... personally I prefer it when they shut up shop and never come back.

👍 244   👎   REPLY

▾ View 6 replies

 **Ramses the Great** 1 month ago
How does it feel to be wrong about your whole life?

👍 385   👎   REPLY

▾ View 6 replies

**2wdr5** 1 month ago
I think everyone just came to point and laugh at the village fool

👍 458   👎   REPLY

▾ View 16 replies

 **marko** 8 months ago
get woke go broke

👍 691   👎   REPLY

▾ View reply

 **Therobin3a** 7 months ago
loses lawsuit

"Youtube culture is toxic."

👍 670   👎   REPLY

▾ View 9 replies

SKIP NAVIGATION

    

👍 785 👎 REPLY

▼ View 14 replies

 **DAT Wagonator** 1 month ago

It's a shame you won't be able to spend Sargon's money on your black suppremacist groups. Maybe you should give some of your own money to your racist groups and stop trying to sue people and wasting the courts time. I would love to know how much time and money you wasted failing at that lawsuit. It could have probably kept you alive for months. Just shows

Read more

👍 298 👎 REPLY

▼ View 4 replies

**James Buchanan** 1 month ago

One side wants to talk about the issues and the other side wants to silence everybody that disagrees with them. We want to talk about the issues because we know we are right. You want to shut us down because you know your views are wrong. If you were right you wouldn't need to silence anyone.

👍 137 👎 REPLY

▼ View 2 replies

 **Facts First** 5 months ago

You'll always be known as that SJW who tried to shut down someone else's voice through the courts.

👍 124 👎 REPLY

▼ View 6 replies

 **Steven Guy** 1 month ago

Get Woke, Go Broke! Sucks to be you! Just hope that Sargon doesn't sue you for damages.

👍 188 👎 REPLY

▼ View 11 replies

 **Russian Troll** 1 month ago

Loved you in "Losing To Carl"

👍 327 👎 REPLY

▼ View 6 replies

 **TheRamblingBoy** 1 month ago

Wokeness is not fashionable no more luv.

    


**Triple Threat** 1 month ago
Do you not see the irony of false claiming a video of someone criticising you 😂
👍 134  👎   REPLY

▼ View reply


**Arfabiscuit** 1 month ago
Hi guy's just letting you know the devastating news  Akilah unfortunately lost her lawsuit against Sargon of Akkad  . Silly silly little brained girl that she is .
👍 112  👎   REPLY

▼ View 4 replies


**flioink** 1 month ago
Who got REKT?
Well, Akilah Obviously!
👍 57  👎   REPLY


**hodaka07** 1 month ago
Hey how did you make out with the lawsuit against Sargon. YOU LOST HA HA HA  serves you right .
👍 46  👎   REPLY


**Jtk 101** 7 months ago
This channel is dead. That is good
👍 103  👎   REPLY


**Cody Klotko** 5 months ago
"YouTube has become vulgar" It gets vulgar when you declare you have no remorse for suing and destroying a mans family because you needed cash for a dying channel. I don't agree with brutal harassment but your doing nothing to improve this situation.
👍 70  👎   REPLY

▼ View 3 replies


**Andrew Kincade** 9 months ago (edited)
Thats pretty pricey for Toilet Paper....ps glad you lost the Lawsuit! Oh what, you gonna hit me now? hahahahhahaha
👍 335  👎   REPLY

▼ View 7 replies


 YouTube    

👍 62  👎    REPLY

 **ildiran** 8 months ago
I'm so glad I can't understand you through this trash can accent.

👍 343  👎    REPLY

▼ View 7 replies

 **rich** 1 month ago
How did suing Sargon go?????
😂😂😂😂

👍 39  👎    REPLY

 **Tarquin The Rotter** 1 month ago
"It's like ... like ... uh ... like ..."
Like, isn't it just. Duh!

How hideously ALIEN on every score. Like.

👍 52  👎    REPLY

 **DarkPaladin1996** 7 months ago
It's a dead channel...obviously.

👍 58  👎    REPLY

 **jet flaque** 1 month ago
2 words.

Fair.

Read more

👍 38  👎    REPLY

 **Creamy Meme Supreme** 7 months ago
I'm so glad I can't understand you through this trash can accent.

👍 146  👎    REPLY

▼ View 5 replies

**Kurt** 9 months ago
YouTube got vulgar? LOL!!! Was that before or after your call to violence against people? xD

👍 110  👎    REPLY