UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AKILAH HUGHES,

                            Plaintiff,

   -against-                                    Civ. Action No. 17-cv-6493 (RJS)

CARL BENJAMIN,
a/k/a Sargon of Akkad, et al.,

                            Defendants.

---

## DECLARATION OF KRISTIN GRANT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS

Kristin Grant, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am the attorney for Plaintiff and I submit this Declaration in support of Plaintiff's opposition to Defendant's motion for attorney's fees and costs.

3. On April 10, 2018, I spoke to Defendant's counsel Wesley Mullen, Esq via telephone and provided Plaintiff's initial offer of $46,000 to settle this lawsuit. Defendant's counsel confirmed that Defendant will not accept the offer and will not provide a counteroffer. Defendant filed its motion to dismiss ten days later on April 20, 2018.

4. Attached hereto as Exhibit A is a true and correct webpage printout showing Defendant's Gofundme campaign, which is available at https://www.gofundme.com/f/sargon-of-akkad-legal-fund (last accessed March 3, 2020).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2020

_____
Kristin Grant