**EXHIBIT A**



Search | How it works | Start a GoFundMe | Sign in | Share | Donate

# Sargon of Akkad Legal Fund



**£95,158** raised of £40,000 goal

| 3.2K donors | 1.9K shares | 3.3K followers |

**Donate now**

**Share**

 Carl Benjamin is organizing this fundraiser.

Created May 4, 2018 | Other

Akilah Hughes' filed a frivolous lawsuit against me, falsely claiming I had infringed her copyright. I decided to fight it and this case is going through the courts in New York now, however it is costing tens of thousands of dollars and I can no longer afford my own legal defence.

Gofundme have requested I provide the following information:

My name is Carl Benjamin and I live in Swindon, England. I'm raising the funds for myself to cover my legal fees. I plan to withdraw the funds to my own bank account to cover my legal expenses (lawyer fees, any travel that might be involved and any other



Anonymous
£10 · 24 d

Gert Hansen
£50 · 6 mos

Anonymous
£15 · 9 mos

NICHOLAS SWATEK
£10 · 11 mos

Anonymous
£20 · 12 mos

See all

unforseen expenses regarding my case).

## Updates (1)

**MAY 4, 2018**  by Carl Benjamin, Organizer

Thank you to everyone for all your support. It really means the world to me, as I honestly didn't know what I was going to do. Thank you all again, so much.

Donate     Share

## Organizer



Carl Benjamin
Organizer
Purton, South West England, United Kingdom

Contact

## Community Photos (62)



See all

## Comments (1075)

NICHOLAS SWATEK donated **£10**



NICHOLAS SWATEK donated **£10**

Superb YouTube videos! Intelligent, trenchant, honest commentary.

11 mos



NICHOLAS SWATEK donated **£10**

Thank you Sargon, for speaking out against government lies and censorship.

13 mos



Kevin McCaw donated **£5**

Keep up the good work

14 mos



Oobway Oobway commented

Hey guys please check out my campaign, love you xxxx

15 mos



Peter Vislocky donated **£5**

If there's two things I hate it's frivolous law suits and entitled social justice warrior brats. Go get em carl!

17 mos

Daniel Badgley donated **£20**

Good luck. We need people like you.

17 mos



**David Coath** donated **£20**

Love your work

19 mos



**Mackenzie Hibberd** donated **£17**

Wishing you luck from Canada. Let's hope I got the currency conversion math right

19 mos



**JOHN CUNNINGHAM** donated **£10**

Happy to help you out, Carl!

19 mos



**Judge Lott** donated **£10**

With all support!!!!!

20 mos

Show more

 Report fundraiser



**#1 FUNDRAISING PLATFORM**

People have raised more money on



**GOFUNDME GUARANTEE**

In the rare case that something isn't right, we



**EXPERT ADVICE, 24/7**

Contact us with your questions and

GoFundMe than anywhere else.

Learn more

will refund your donation.

Learn more

we'll answer, day or night.

Learn more



Choose your language

English (

FUNDRAISE FOR

Medical

Emergency

Memorial

Education

Nonprofit

LEARN MORE

How GoFundMe works

Why GoFundMe

Common questions

Success stories

Supported countries

RESOURCES

Help center

Blog

GoFundMe Stories

Press center

Careers

About

© 2010-2020 GoFundMe

Terms          Privacy          Legal