UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKILAH HUGHES,

                Plaintiff

    v.                                  17 CV 6493 (RJS)

CARL BENJAMIN,
a/k/a Sargon of Akkad, *et al.*,

                Defendants.

## REPLY DECLARATION OF WESLEY M. MULLEN

Wesley M. Mullen, Esq., pursuant to 28 U.S.C. § 1746, declares as follows:

    1.      By and through the entity incorporated as Mullen P.C., I am counsel to Defendant Carl Benjamin in this case. I submit this declaration in further support of Defendant's motion for an award of attorney's fees and costs.

    2.      Attached as **Exhibit A** hereto is a detailed invoice, redacted for privacy, which invoice was rendered to Defendant on March 2, 2020 for legal services performed in defense of this action. Defendant paid the invoice in full on March 4, 2020.

    3.      I certify that my rates, the amounts charged to Defendant, and the time entries reflected in the invoice annexed as Exhibit A are accurate and reasonable.

Dated: March 11, 2020
       New York, New York

                                                                           WESLEY M. MULLEN