EXHIBIT A



# INVOICE

Invoice # 17520303
Date: 03/02/2020
Due Upon Receipt

Carl Benjamin

## Hughes v. Benjamin

### Services

| Date | Attorney | Notes | Quantity | Discount | Total |
|---|---|---|---|---|---|
| 02/03/2020 | WM | Review decision and order granting motion to dismiss; email correspondence to C. Benjamin re same. | 0.40 | - | $180.00 |
| 02/03/2020 | WM | Review opinion and order; email to C. Benjamin re same. | 0.30 | - | $135.00 |
| 02/04/2020 | WM | Attention to Clerk's judgment; research re attorney fees, appeal. | 0.20 | - | $90.00 |
| 02/05/2020 | WM | Email correspondence to C. Benjamin re attorney fees, next steps. | 0.50 | - | $225.00 |
| 02/12/2020 | WM | Email correspondence with C. Benjamin re motion for fees; research and draft memorandum of law in support; review A. Hughes public postings in support. | 2.60 | - | $1,170.00 |
| 02/13/2020 | WM | Draft and revise motion for fees; research in support of same; email correspondence with P. Oh re same. | 1.10 | - | $495.00 |
| 02/14/2020 | WM | Research, draft and revise fees motion. | 1.60 | - | $720.00 |
| 02/17/2020 | WM | Draft and revise motion papers; email correspondence with C. Benjamin. | 2.20 | - | $990.00 |
| 02/18/2020 | WM | Revise, finalize and file motion for attorney's fees and costs. | 5.30 | 50.0% | $1,192.50 |
| 02/19/2020 | WM | Review courtesy copy; draft cover letter to chambers. | 0.20 | - | $90.00 |

Line Item Discount Subtotal   -$1,192.50

Services Subtotal   $5,287.50

### Expenses

| Date | Notes | Total |
|---|---|---|
| 02/19/2020 | Color copies / printing - courtesy binder per Court's individual practices (fees motion). | $42.50 |

| | | |
|---|---|---:|
| 02/19/2020 | Messenger to SDNY - Fees Motion courtesy copies. | $36.00 |
| | **Expenses Subtotal** | **$78.50** |

| | |
|---|---:|
| **Subtotal** | **$5,366.00** |
| **Total** | **$5,366.00** |
| **Payment (03/04/2020)** | **-$5,366.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17520303 | 03/02/2020 | $5,366.00 | $5,366.00 | $0.00 |

Please make all amounts payable to: Mullen P.C.
PRIVILEGED & CONFIDENTIAL

Payment is due upon receipt.