UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKILAH HUGHES,<br><br>                    Plaintiff<br><br>          v.<br><br>CARL BENJAMIN,<br>a/k/a Sargon of Akkad, *et al.*,<br><br>                    Defendants. | 17 CV 6493 (RJS) |

### [PROPOSED] JUDGMENT FOR ATTORNEY'S FEES

Defendant having moved to dismiss all of Plaintiff's claims with prejudice, and the matter having come before the Honorable Richard J. Sullivan, United States Circuit Judge (sitting by designation), and the Court, on February 3, 2020 having rendered its Opinion and Order, (ECF Doc. 39), granting Defendant's motion and dismissing all of Plaintiffs claims with prejudice, and respectfully directing the Clerk of Court to close the case, (*id.* at 10); and

Defendant having moved for an award of attorneys' fees and costs, and the Court, on August 5, 2020 having rendered its Opinion and Order, (ECF Doc. 52), granting Defendant's motion and awarding $38,785.35 in attorneys' fees and $126.54 in costs, it is

**ORDERED, ADJUDGED AND DECREED** that Judgment is in favor of Defendant Carl Benjamin and against Plaintiff Akilah Hughes for $38,911.89, for which sum let execution issue.

SO ORDERED:

Dated: _____          _____
       New York, New York