UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKILAH HUGHES,

                    Plaintiff,

-v-

CARL BENJAMIN *a/k/a Sargon of Akkad*, JOHN DOES *1–10, inclusive*,

                    Defendants.

No. 17-cv-6493 (RJS)
JUDGMENT OF FEES & COSTS

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons set forth in the Court's opinion and order dated August 4, 2020 (Doc. No. 52), IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant Carl Benjamin and against Plaintiff Akilah Hughes in the amount of $38,785.35 in attorney's fees and $126.54 in costs, for a total of $38,911.89.

SO ORDERED.

Dated:    October 9, 2020
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation