2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 1 of 18

HOURLY NEWS
LISTEN LIVE
PLAYLIST
Play Live Radio

 DONATE

# The Two-Way

AMERICA

# Can You Use That In A Sentence? Dictionary Adds New Words

August 27, 2015 · 4:08 PM ET

LAURA WAGNER



*Oxford Dictionaries* added new words including "manspreading," "rando" and "awesomesauce."

*Caleb Jones/AP*

Oxford Dictionaries has added a slew of new words, and let's just say these awesomesauce entries will have you fangirling. Rly.

Many entries are food-related:

- **fast-casual,** adj.: denoting or relating to a type of high-quality self-service restaurant offering dishes that are prepared to order and more expensive than those available in a typical fast-food restaurant

- **cakeage,** n.: (informal) a charge made by a restaurant for serving a cake they have not supplied themselves

- **beer o'clock,** n.: an appropriate time of day for starting to drink beer

- **hangry,** adj.: (informal) bad-tempered or irritable as a result of hunger

- **wine o'clock,** n.: an appropriate time of day for starting to drink wine

- **snackable,** adj.: (of online content) designed to be read, viewed, or otherwise engaged with briefly and easily

- **barbacoa,** n.: (in Mexican cooking) beef, lamb, or other meat that has slowly been cooked with seasonings, typically shredded as a filling in tacos, burritos, etc.

- **cupcakery,** n.: a bakery that specializes in cupcakes

Two involve the word "sauce":

- **awesomesauce,** adj.: (US informal) extremely good; excellent

- **weak sauce,** n.: (US informal) something that is of a poor or disappointing standard or quality

Several harken to recent political and social developments:

- **Brexit,** n.: a term for the potential or hypothetical departure of the United Kingdom from the European Union

- **Grexit,** n.: a term for the potential withdrawal of Greece from the eurozone (the economic region formed by those countries in the European Union that use the euro as their national currency)

- **deradicalization,** n.: the action or process of causing a person with extreme views to adopt more moderate positions on political or social issues

- **Mx,** n.: a title used before a person's surname or full name by those who wish to avoid specifying their gender or by those who prefer not to identify themselves as male or female

- **microaggression,** n.: a statement, action, or incident regarded as an instance of indirect, subtle, or unintentional discrimination against members of a marginalized group such as a racial or ethnic minority

- **social justice warrior,** n.: (informal, derogatory) a person who expresses or promotes socially progressive views

- **swatting,** n.: (US informal) the action or practice of making a hoax call to the emergency services in an attempt to bring about the dispatch of a large number of armed police officers to a particular address

- **fat-shame,** v.: cause (someone judged to be fat or overweight) to feel humiliated by making mocking or critical comments about their size

As to be expected, a handful are tech-related:

- **butt dial,** v.: (US informal) inadvertently call (someone) on a mobile phone in one's rear trouser pocket

- **blockchain,** n.: a digital ledger in which transactions made in bitcoin or another cryptocurrency are recorded chronologically and publicly

- **Redditor,** n.: a registered user of the website Reddit

- **pocket dial,** v.: inadvertently call (someone) on a mobile phone in one's pocket, as a result of pressure being accidentally applied to a button or buttons

Cited in Hughes v. Benjamin 17cv6493 Decided 2/3/20
Archived on 2/7/20
This document is protected by copyright. Further reproduction is prohibited without permission.

2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 4 of 18

on the phone

- **pwnage,** n.: (informal) (especially in video gaming) the action or fact of utterly defeating an opponent or rival

- **spear phishing, n**.: the fraudulent practice of sending emails ostensibly from a known or trusted sender in order to induce targeted individuals to reveal confidential information

And many are just silly:

- **bants** (also **bantz**), pl. n.: (Brit. informal) playfully teasing or mocking remarks exchanged with another person or group; banter

- **brain fart,** n.: (informal) a temporary mental lapse or failure to reason correctly

- **butthurt,** adj.: (US informal) overly or unjustifiably offended or resentful

- **cat cafe,** n.: a café or similar establishment where people pay to interact with cats housed on the premises

- **fatberg,** n.: a very large mass of solid waste in a sewerage system, consisting especially of congealed fat and personal hygiene products that have been flushed down toilets

- **fur baby,** n.: a person's dog, cat, or other furry pet animal

- **kayfabe,** n.: (US informal) (in professional wrestling) the fact or convention of presenting staged performances as genuine or authentic

- **MacGyver,** v.: (US informal) make or repair (an object) in an improvised or inventive way, making use of whatever items are at hand

- **manic pixie dream girl,** n.: (especially in film) a type of female character depicted as vivacious and appealingly quirky, whose main purpose within the narrative is to inspire a greater appreciation for life in a male protagonist

2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 5 of 18

- **manspreading,** n.: the practice whereby a man, especially one travelling on public transport, adopts a sitting position with his legs wide apart, in such a way as to encroach on an adjacent seat or seats

- **mic drop,** n.: (informal, chiefly US) an instance of deliberately dropping or tossing aside one's microphone at the end of a performance or speech one considers to have been particularly impressive

- **mkay,** excl.: (informal, chiefly US) non-standard spelling of OK, representing an informal pronunciation (typically used at the end of a statement to invite agreement, approval, or confirmation)

- **rage-quit,** v.: (informal) angrily abandon an activity or pursuit that has become frustrating, especially the playing of a video game

- **rando,** n.: (informal) a person one does not know, especially one regarded as odd, suspicious, or engaging in socially inappropriate behaviour

- **NBD,** n.: (abbreviation) short for no big deal

Here at the Two-Way, we challenged ourselves and our colleagues to see who could use the most new additions in a single sentence. Here are the results:

### Colin Dwyer — 12

Mkay, randos, I'll skip the bants and keep this glanceable (or snackable, because I'm also hangry) because it's almost wine o'clock: Bruhs, don't get butthurt, but it's probably best to quit your manspreading, that old weaksauce microaggression.

### Laura Wagner — 19

If you're having a bad day because you rage-quit your job after you were pwned by your butthurt boss and then you got hangry for some barbacoa on the bus while some swole rando was manspreading next to you, try to neutralize your bitch face, chalk it up to an NBD, be glad it's almost beer o'clock and think happy thoughts about what

Cited in Hughes v. Benjamin 17cv6493 Decided 2/3/20 Archived on 2/7/20 This document is protected by copyright. Further reproduction is prohibited without permission.

2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 6 of 18

awesomesauce, melty, cheffy, snackable treat you're going to MacGyver up when you get home to the cat cafe where you live with your fur babies.

**Camila Domonoske — 20**

I rage-quit the cat cafe after a rando normcore dude manspreading into my otherwise shareable selfies started acting like I was his manic pixie dream girl, throwing all this weak-sauce bants my way despite my bitch face, so I MacGyvered my way out of there by fashioning an abso-bloody-lutely awesomesauce cat toy out of the detritus in my purse, and throwing it on him so he was tackled by fur babies and I was out of there like the Grexit, so: pwned (though he was kind of adorkable and if I was less hangry we mighta worked out — maybe I'll invite him to the cupcakery for something snackable next time?)

**Bill Chappell — 25**

We don't wanna go all social justice warrior here, but microaggressions abound these day and age — and we're not just talking about randos who get butthurt over a butt dial (or a brain fart); we're thinking about those other randos: the ones manspreading in crowded waiting rooms; the ones saying "mkay" to actual courtesy; the ones who bring their fur baby everywhere, like life's a string of fast-casual cat cafes; the hangry ones who fat-shame you when they see that bag from the cupcakery; and we're saying it's time for the habit of treating people like meeple to make its Grexit and for people to stop the pwnage — and that's no kayfabe, bruh (sorry this isn't glanceable; just think of this reminder as snackable — but not skippable — and if it helps us be bruhs again, remember this: whether it's wine- or beer o'clock, we never bring the weak sauce).

**Lauren Hodges — 26**

Hey bruh, NBD and I don't want to bants or act all butthurt, but I will straight-up rage-quit our lease over your fur-baby, who is rly not awesomesauce, despite your repeated attempts to mansplain its resting bitch face as "pensive," or its constant theft of my frozen barbacoa burritos because it was hangry and craving something melty even though you get all cheffy for it three times a day, or its butt-dialing my ex because you didn't see my phone sitting there while you were getting it to kayfabe all over the

Cited in Hughes v Benjamin 17cv6493 Decided 2/3/20
Archived on 2/7/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 7 of 18

table for your rando friends, or my swole eyes being from my constant celebrations of beer o'clock and wine o'clock because we both know that dog manspreads all over my pillows when I'm not home, so stop with your weak sauce deradicalization and attempts to make this a skippable topic and by the way, you might want to get it to stop chewing my shoes before it gets hit on the head with this mic drop, mkay?

We have a winner. Congrats, Lauren!

Now it's your turn. Use the comments section to craft sentences containing as many of the newly added words as possible. We've highlighted some of the best in a new post.

**Clarification**

**Aug. 27, 2015**

*Oxford Dictionaries* and *Oxford English Dictionary* are related publications. *Dictionaries* focuses on current English, while the *OED* tracks English words and meanings through the centuries.

contest    new words    oxford english dictionary

# Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

What's your email?

SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# More Stories From NPR

Cited in Hughes v Benjamin 17cv6493 Decided 2/3/20
Archived on 2/7/20
This document is protected by copyright. Further reproduction is prohibited without permission.



NEWS
**Last 'Two-Way' Post Isn't Our Last Story: A Look Back, And How To Find Us Now**





ARTS & LIFE
**Kennedy Center Unveils Progress On New Extension For Artistic Projects**



TECHNOLOGY
**S.C. Mom Says Baby Monitor Was Hacked; Experts Say Many Devices Are Vulnerable**





SPORTS
**Former USA Gymnastics CEO Told Staff To Keep Alleged Abuse Quiet, Waited To Tell FBI**



WORLD
**U.S.-Led Coalition Accused Of 'Potential War Crimes' In Push To Reclaim Raqqa**

2/7/2020, Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 11 of 18



NATIONAL
**Voters Recall Aaron Persky, Judge Who Sentenced Brock Turner**

# Popular on NPR.org



POLITICS
**Iowa Keeps Getting Messier: 5 Takeaways From The Caucuses' Near-Tie**

Cited in Hughes v Benjamin 17cv6493 Decided 2/3/20
Archived on 2/7/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



POLITICS
**Attorney General Barr Issues New Rules For Politically Sensitive Investigations**



NATIONAL
**Mississippi's Ex-Welfare Director, 5 Others Arrested Over 'Massive' Fraud**



NATIONAL
**Trump Administration Finalizes Plans To Allow Development On Downsized Monuments**



NATIONAL
**Trump Administration Suspends New Yorkers From Trusted Traveler Programs**





POLITICS
7 Candidates Debate In New Hampshire: Here's What You Need To Know

# NPR Editors' Picks



MUSIC
Shakira And Jennifer Lopez's Halftime Show Unpacked

2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 15 of 18



WORLD
**Pope Francis Turned A Vatican Palazzo Into 'Palace Of The Poor' For Homeless People**



WORLD
**Australia's East Gets Drenched By Rain, And Flood Warnings Replace Fire Alerts**



2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 16 of 18



BUSINESS
**From Delivery Trucks To Scooter-Moving Vans, Fleets Are Going Electric**



NEW MUSIC
**Busy Friday, But Is It Good? Looking At New Releases From Bieber, Carly Rae And More**



2/7/2020 Can You Use That In A Sentence? Dictionary Adds New Words : The Two-Way : NPR

Case 1:17-cv-06493-RJS Document 56 Filed 01/18/22 Page 17 of 18



MUSIC
Supernatural Sounds In Perfect Sync: Hear Overcoats On World Cafe

The **Two-Way**

| READ & LISTEN | CONNECT |
|---|---|
| Home | Newsletters |
| News | Facebook |
| Arts & Life | Twitter |
| Music | Instagram |
| Podcasts | Contact |
| Programs | Help |

| ABOUT NPR | GET INVOLVED |
|---|---|
| Overview | Support Public Radio |
| Finances | Sponsor NPR |
| People | NPR Careers |
| Press | NPR Shop |
| Public Editor | NPR Events |
| Corrections | Visit NPR |

terms of use

privacy

your privacy choices

text only

© 2020 npr

Cited in Hughes v Benjamin
17cv6493 Decided 2/3/20
Archived on 2/7/20
This document is protected by copyright.
Further reproduction is prohibited without permission.